HELEN WOJNICKI, an Infant, by WACLAW WOJNICKI, Her Guardian ad Litem, and WACLAW WOJNICKI, Individually, Respondents, v. POLISH-NATIONAL ALLIANCE OF BROOKLYN, U. S. A., Appellant.— In an action by the infant plaintiff to recover damages for injuries sustained when she tripped on a worn and defective floor covering in the hallway of defendant's premises, and by her father for expenses and loss of services, judgment in favor of plaintiffs unanimously affirmed, with

costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.